Filing # 202741988 E-Filed 07/17/2024 02:19:28 PM

IN THE COUNTY COURT OF
THE 9TH JUDICIAL CIRCUIT,
IN AND FOR ORANGE
COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO.: 2024-CC-013923-O

DAICY ORTIZ-HERNANDEZ,

        Plaintiff,

v.

BARCLAYS BANK DELAWARE and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

        Defendants.

_____/

## COMPLAINT

Plaintiff Daicy Ortiz-Hernandez (hereinafter "Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants, Barclays Bank Delaware (hereinafter "Barclays") and Experian Information Solutions, Inc. (hereinafter "Experian") (collectively "Defendants"), hereby alleges as follows:

## INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers and consumer reporting agencies (hereinafter "CRAs" or "CRA") from inaccurately reporting consumers' credit information.

## PARTIES

2. Plaintiff is an adult citizen of the State of Florida, domiciled in Orlando, Orange County, Florida.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4. Barclays is a national financial services company and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2 of the FCRA.

5. Barclays maintains its principal office in the State of Delaware and regularly conducts business in the State of Florida.

6. Experian is a corporation that engages in the business of maintaining and reporting consumer credit information. Experian is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

7. Experian maintains its principal office in the State of California and regularly conducts business in the State of Florida. Experian is one of the largest CRAs in the world.

## JURISDICTION AND VENUE

8. This Honorable Court has original jurisdiction over the instant action pursuant to Fla. Stat. Ann. § 34.01 as the amount in controversy does not exceed the sum of $50,000.00, exclusive of interest, costs, and attorneys' fees.

9. Venue is proper in this Honorable Court pursuant to Fla. Stat. Ann. § 47.011 as, *inter alia*, this cause of action accrued in Orange County, Florida and Plaintiff is domiciled in Orange County, Florida.

## FACTUAL ALLEGATIONS

10. Barclays issued a credit account ending in 5015 to Plaintiff. The account was routinely reported on Plaintiff's consumer credit report.

11. The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

12. On or about June 28, 2022, Plaintiff and Barclays entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A**.

13. Pursuant to the terms of the settlement, Plaintiff was required to make one lump sum payment totaling $1,892.00 to settle and close her Barclays account.

14. Plaintiff, via her debt settlement representative, timely made the requisite settlement payment.

15. However, over one year later, Plaintiff's Barclays account continued to be negatively reported.

16. In particular, on a requested credit report dated January 17, 2024, Plaintiff's Barclays account was reported with a status of "Charge Off," a balance of $4,707.00, and an amount past due of $4,707.00. The relevant portion of Plaintiff's January 2024 credit report is attached hereto as **Exhibit B**.

3

17. This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00.

18. On or about January 24, 2024, Plaintiff, via counsel, notified the national CRAs directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Barclays account. A copy of Plaintiff's dispute letter is attached hereto as **Exhibit C**.

19. Therefore, Plaintiff disputed the accuracy of the derogatory and inaccurate information reported by Barclays to Experian, via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

20. In March 2024, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's Barclays account remained inaccurate as Defendants failed to correct the inaccuracy. The relevant portion of Plaintiff's March 2024 credit report is attached hereto as **Exhibit D**.

21. Upon information and belief, neither Experian nor any other CRA notified Barclays of Plaintiff's dispute in accordance with the FCRA. Alternatively, Experian or another CRA did notify Barclays of Plaintiff's dispute, but Defendants failed to properly investigate and delete the tradeline at issue or failed to properly update the tradeline on Plaintiff's credit report.

22. If Barclays had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's Barclays account would have been updated to reflect a settled status with a balance of $0.00.

4

23. Although Barclays has promised through its subscriber agreements and/or contracts to accurately update accounts, Barclays has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA, which has resulted in the inaccurate and detrimental information remaining on Plaintiff's credit report.

24. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the Barclays account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

25. At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

26. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants, and/or employees, was malicious, intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of the Plaintiff herein.

## CAUSE OF ACTION
## FAIR CREDIT REPORTING ACT

27. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

28. Experian is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

29. Barclays is an entity that, regularly and in the course of business, furnishes information to one or more CRAs about its transactions and/or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

30. Barclays is reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a of the FCRA.

31. Plaintiff notified the national CRAs directly, including Experian, of a dispute with the Barclays account's completeness and/or accuracy, as reported.

32. Barclays failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

33. Barclays failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

34. Barclays failed to promptly correct Plaintiff's inaccurate credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

35. Experian failed to delete information found to be inaccurate, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's dispute.

36. Experian failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, concerning the Barclays account in question, thus violating 15 U.S.C. § 1681e(b).

37. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, lower credit

capacity, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, increased interest rates, and other damages that may be ascertained at a later date.

38. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

3. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

4. That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o; and

5. That the Court grant such other and further relief as may be just and proper.


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

7

## DEMAND FOR JURY TRIAL

Pursuant to Fla. R. Civ. P. 1.430, Plaintiff demands a trial by jury in this action of all issues so triable.

Dated: July 17, 2024

**LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC**

*/s/ Thomas J. Bellinder*
By: Thomas J. Bellinder, Esq.
Florida Bar No. 65254
180 Maiden Lane, 27th Floor
New York, New York 10038
Tel: (212) 226-5081
Fax: (212) 208-2591
Email: Thomas.B@gitmeidlaw.com
*Attorneys for Plaintiff Daicy Ortiz-Hernandez*

8

# EXHIBIT A



Barclays
P.O. Box 8833
Wilmington, DE 19899-8833

DAICY   ORTIZ-HERNANDEZ

28-JUN-2022
Account ending in 5015

Regarding Your Priceline Rewards™ Visa® Card

Dear DAICY  ORTIZ-HERNANDEZ,

## SETTLEMENT AGREEMENT

We're glad we could chat with you to settle your Priceline Rewards™ Visa Card account. This letter confirms our conversation and the agreement we reached on June 28, 2022.

**Here's What You Need To Know**

Your account has been closed and can no longer be used. Please keep this important letter.

The settlement terms outlined below will be effective even though future statements will not reflect the terms of this settlement. It's important that you review the terms of the settlement outlined below.

As of the date of this letter, your account balance is $5405.58. Upon receipt of $1892.00, which is 35% of your current balance, by the last date set forth below, plus a 15 day waiting period to validate funds, we will consider your account settled for less than the full balance and will send an update to the consumer reporting agencies reflecting such settlement. Please allow up to 60 days for the information to be updated and appear on your credit report.

Payments under the terms of this settlement are as follows:

· 07/27/2022   $1,892.00
· *        $*

• Your account will be closed if it is not already

**Note: This settlement may have tax consequences. If you are uncertain of the tax consequences, consult a tax advisor.*

**Here's What You Need To Do**



SMK095

28-JUN-2022
Account ending in 5015

- All payments must be received on or before the due dates shown above.
- Each payment must contain your full, accurate and complete name, address and credit card account number.
- Payments should be mailed to Card Services
  P.O. Box 13337
  Philadelphia, PA 19101-3337 and be made payable to CARD SERVICES.  It may take up to 7 days for payments to be received.
- Destroy all credit cards and checks, if applicable,  associated with this account.
- Contact any merchants where you have set up automatic monthly payments and notify them that the account has been closed.  All preauthorized or reoccurring transactions should be canceled immediately and no further transactions using your account should be attempted.
- Notify any online merchant accounts that maintain your account information for expedited checkout.
- Please keep this letter.

*\*Note: Settlement payments must be received on or before the due dates referenced above.  If you fail to make any settlement payments on time, if payments are returned for any reason or payments do not contain all of the information required, your settlement will be canceled.*

Questions? Please reach out at 866-456-0695 (ADA/Accessibility Services - Please use relay services 711) Monday through Saturday from 8:00 am to 11:00 pm ET, we're here to help.

Sincerely,


Barclays

This message is an attempt to collect a debt. Any information obtained will be used for that purpose.

# EXHIBIT B

# Credit report

Provided by 



Report date: Jan 17, 2024



## Personal info

| Reported names | | Addresses | Date reported |
|---|---|---|---|
| | **Daicy Ortiz** | | |
| | **Daisy Gonzalez** | | |
| | **Daisy Charriez** | | |

DOB

SSN

Employment info



## Account summary





BARCLAYS BANK DELAWA
Reported Jan 2, 2024

$4,707.00
Closed

**Overview**

Balance $4,707.00

**Payment history**



**Account details**

| | |
|---|---|
| Account Number | 5015 |
| Account Status | Charge Off |
| Open Date | |
| Last Activity | |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | Charged Off Account, Account Closed By Credit Grantor |
| Times 30/60/90 Days Late | 2/2/6 |
| Months Reviewed | 99 |
| Term Source Type | |



High Balance

High Credit                                                          $12,700.00

**Creditor information**
BARCLAYS BANK DELAWA
PO BOX 8803
WILMINGTON, DE 19899
(888) 232-0780

Monthly Payment Amount

Current Payment Status                      **Collection/Charge-off**

Amount Past Due                                      $4,707.00



# EXHIBIT C



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

January 24, 2024

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374

Experian
P.O. Box 4500
Allen, TX 75013

|  |  |
|---|---|
| Re: | Daicy Ortiz-Hernandez |
| Creditor: | Barclays Bank Delaware d/b/a Priceline Rewards Visa Card |
| Account No.: | Ending in 5015 |
| SSN: | Ending in ▮ |
| Address: | |

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Daicy Ortiz-Hernandez with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681. et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about June 28, 2022, Ms. Ortiz-Hernandez and Barclays Bank Delaware d/b/a Priceline Rewards Visa Card ("Barclays Bank") entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Ms. Ortiz-Hernandez was required to make a lump sum payment totaling $1,892.00 to settle and close her Barclays Bank account. Ms. Ortiz-Hernandez, via her debt settlement representative, timely made the requisite settlement payment.

However, nearly a year and a half later, Ms. Ortiz-Hernandez's account continues to be negatively reported. In particular, on a requested credit report dated January 17, 2024, Ms. Ortiz-Hernandez's account was reported with a status of "Collection/Charge-off" a balance of $4,707.00 and a past due balance of $4,707.00. The relevant portion of Ms. Ortiz-Hernandez's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Caroline Zak
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC

(866) 249-1137



Barclays
P.O. Box 8833
Wilmington, DE 19899-8833



DAICY   ORTIZ-HERNANDEZ

28-JUN-2022
Account ending in 5015

Regarding Your Priceline Rewards™ Visa® Card

Dear DAICY  ORTIZ-HERNANDEZ,

### SETTLEMENT AGREEMENT

We're glad we could chat with you to settle your Priceline Rewards™ Visa Card account. This letter confirms our conversation and the agreement we reached on June 28, 2022.

**Here's What You Need To Know**

Your account has been closed and can no longer be used. Please keep this important letter.

The settlement terms outlined below will be effective even though future statements will not reflect the terms of this settlement. It's important that you review the terms of the settlement outlined below.

As of the date of this letter, your account balance is $5405.58. Upon receipt of $1892.00, which is 35% of your current balance, by the last date set forth below, plus a 15 day waiting period to validate funds, we will consider your account settled for less than the full balance and will send an update to the consumer reporting agencies reflecting such settlement. Please allow up to 60 days for the information to be updated and appear on your credit report.

Payments under the terms of this settlement are as follows:

- 07/27/2022   $1,892.00
- *      $*

- Your account will be closed if it is not already

**Note: This settlement may have tax consequences. If you are uncertain of the tax consequences, consult a tax advisor.*

**Here's What You Need To Do**

28-JUN-2022
Account ending in 5015

- All payments must be received on or before the due dates shown above.
- Each payment must contain your full, accurate and complete name, address and credit card account number.
- Payments should be mailed to Card Services
  P.O. Box 13337
  Philadelphia, PA 19101-3337 and be made payable to CARD SERVICES.  It may take up to 7 days for payments to be received.
- Destroy all credit cards and checks, if applicable,  associated with this account.
- Contact any merchants where you have set up automatic monthly payments and notify them that the account has been closed.  All preauthorized or reoccurring transactions should be canceled immediately and no further transactions using your account should be attempted.
- Notify any online merchant accounts that maintain your account information for expedited checkout.
- Please keep this letter.

*\*\*Note: Settlement payments must be received on or before the due dates referenced above.  If you fail to make any settlement payments on time, if payments are returned for any reason or payments do not contain all of the information required, your settlement will be canceled.*

Questions? Please reach out at 866-456-0695 (ADA/Accessibility Services – Please use relay services 711) Monday through Saturday from 8:00 am to 11:00 pm ET, we're here to help.

Sincerely,


Barclays

This message is an attempt to collect a debt. Any information obtained will be used for that purpose.

# Credit report

Provided by 

Report date: Jan 17, 2024




## Personal info

| Reported names | | Addresses | Date reported |
|---|---|---|---|
| | Daicy Ortiz | | |
| | Daisy Gonzalez | | |
| | Daisy Charriez | | |
| DOB | | | |
| SSN | | | |
| Employment info | | | |




## Account summary





BARCLAYS BANK DELAWA
Reported: Jan 2, 2024

$4,707.00
Closed

**Overview**

Balance: $4,707.00

**Payment history**

**Account details**

| | |
|---|---|
| Account Number | � 5015 |
| Account Status | **Charge Off** |
| Open Date | |
| Last Activity | |
| Type | **Credit Card** |
| Responsibility | **Individual** |
| Remarks | **Charged Off Account, Account Closed By Credit Grantor** |
| Times 30/60/90 Days Late | **2/2/6** |
| Months Reviewed | **99** |
| Term Source Type | |



High Balance

High Credit                                                    $12,700.00

**Creditor Information**
BARCLAYS BANK DELAWA
PO BOX 8803
WILMINGTON, DE 19899
(888) 232-0780

Monthly Payment Amount

Current Payment Status                    **Collection/Charge-off**

Amount Past Due                              $4,707.00



# EXHIBIT D

## Credit report

TransUnion   Equifax   Experian   [ All bureaus ]



| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| VantageScore 3.0 | | | |
| Report date | Mar 4, 2024 | Mar 4, 2024 | Mar 4, 2024 |

## Personal info



| | | | |
|---|---|---|---|
| Reported names | Daicy Ortiz | Daicy Ortiz | Daicy Ortiz |
| | | Daicy Ortiz-hernandez | Daicy Gonzalez |
| | | Daisy Gonzalez | Daisey Gonzalez |
| | | Daisy Charriez | Daisy Charriez |
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary



| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| Total accounts | | | |
| Open accounts | | | |
| Closed accounts | | | |
| Delinquent | | | |
| Derogatory | | | |
| Collections | | | |
| Balances | | | |
| Payments | | | |



Hide details ⊙



Feb 1, 2024     **$4,707.00**
BARCLAYS BANK DELAWARE

**Account details**

| | |
|---|---|
| Account Number | ██████ XXXX |
| Date Opened | Aug 25, 2015 |
| Last Activity | Apr 1, 2023 |
| Original Creditor | |
| Monthly Payment | $0.00 |
| Term Source Type | |
| Current Rating | Collection/Charge-off |
| Status | **Charge Off** |
| Type | Individual |
| High Balance | |
| Unpaid Balance | $4,707.00 |
| Highest Adverse Rating | Collection/Charge-off |
| Most Recent Adverse Rating | Collection/Charge-off |
| Comments | Unpaid Balance Reported As A Loss By Credit Grantor, Dispute Resolved - Consumer Disagrees |

**Account details**

You've Made 75% Of Payments For This Account On Time

|      | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
| 2024 | CO  | CO  |     |     |     |     |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      |     |     |     |     |     |     |

|      | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
| 2023 | 90  | 120 | 120 | CO  | CO  | CO  |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | CO  | CO  | CO  | CO  | CO  | CO  |

|      | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
| 2022 | OK  | OK  | OK  | OK  | 60  | 90  |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | 120 | 120 | OK  | OK  | OK  | OK  |

|      | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
| 2021 | OK  | OK  | OK  | OK  | OK  | OK  |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | OK  | OK  | OK  | OK  | OK  | OK  |

|      | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
| 2020 | OK  | OK  | OK  | OK  | OK  | OK  |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | OK  | OK  | OK  | OK  | OK  | OK  |

|      | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
| 2019 | OK  | OK  | OK  | OK  | OK  | OK  |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | OK  | OK  | OK  | OK  | OK  | OK  |

|      | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
| 2018 | OK  | OK  | OK  | OK  | OK  | OK  |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | OK  | OK  | OK  | OK  | OK  | OK  |

|      | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
| 2017 | OK  | OK  | OK  | OK  | OK  | OK  |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | OK  |     |     |     |     |     |

30 days past due

60 days past due

90 days past due

120 days past due

150 days past due

Bankruptcy

Repossession or foreclosure

Collection or charge off

Voluntary surrender

No data available

**Collection agency**

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON, DE 19899
(888) 232-0780

Account ID:
7eea74314eb8511455d4e98f465a035

