**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAICY ORTIZ-HERNANDEZ,

   *Plaintiff,*

v.                                  Case No.:   6:24-cv-01671-JSS-RMN

BARCLAYS BANK DELAWARE and
EXPERIAN INFORMATION
SOLUTIONS, INC.,

   *Defendant.*

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Daicy Ortiz-Hernandez, by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Barclays Bank Delaware have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. The parties will file a Stipulation of Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that all parties be excused all future appearances and deadlines until this matter is dismissed.

Respectfully submitted on October 4, 2024, by:

*/s/ Thomas J. Bellinder*

Thomas J. Bellinder, Esq.
Florida Bar No. 65254
Law Offices of Robert S. Gitmeid
& Assoc., PLLC
180 Maiden Lane, 27th Floor
New York, NY 10038
thomas.b@gitmeidlaw.com
(212) 226-5081
Counsel for Plaintiff