IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAICY ORTIZ-HERNANDEZ,<br><br>　　　　　　　Plaintiff,<br><br>– against–<br><br>BARCLAYS BANK DELAWARE and<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　　Defendants. | Case No.: 6:24-cv-1671-JSS-RMN<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　Plaintiff Daicy Ortiz-Hernandez ("Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement to settle this matter and are in the process of completing a confidential settlement agreement.

2. Plaintiff will voluntarily dismiss Experian with prejudice once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Experian be excused from future appearances and deadlines until this matter is dismissed.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Thank you for your time and attention to this matter.

Dated: October 22, 2024

        Respectfully submitted,

**LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC**

*/s/ Thomas J. Bellinder*
By: Thomas J. Bellinder, Esq.
Florida Bar No. 65254
180 Maiden Lane, 27th Floor
New York, New York 10038
Tel: (212) 226-5081
Fax: (212) 208-2591
Email: Thomas.B@gitmeidlaw.com
*Attorneys for Plaintiff Daicy Ortiz-Hernandez*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, a true and correct copy of the foregoing **Notice of Settlement as to Defendant Experian Information Solutions, Inc.** was filed electronically with the Clerk of the Court using the Electronic Document Filing System, which will send a notice of such filing to the following counsel of record:

Taariq M. Lewis, Esq.
Holland & Knight, LLP
701 Brickell Avenue
Unit 3300
Miami, FL 33131
Tel: (954) 850-9673
Email: taariq.lewis@hklaw.com
*Attorneys for Defendant Barclays Bank Delaware*

    Respectfully submitted,

    **LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC**

    */s/ Thomas J. Bellinder*
    By: Thomas J. Bellinder, Esq.
    Florida Bar No. 65254
    180 Maiden Lane, 27th Floor
    New York, New York 10038
    Tel: (212) 226-5081
    Fax: (212) 208-2591
    Email: Thomas.B@gitmeidlaw.com
    *Attorneys for Plaintiff Daicy Ortiz-Hernandez*