UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAICY ORTIZ-HERNANDEZ,

    Plaintiff,

v.                                      Case No: 6:24-cv-1671-JSS-RMN

BARCLAYS BANK DELAWARE and
EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.
_____/

## **ORDER**

On October 4, 2024, in light of the notice of settlement as to Defendant Barclays Bank Delaware (Dkt. 13) the court dismissed this case without prejudice as to Defendant Barclays Bank Delaware (Barclays) and directed the Clerk to terminate Barclays as a party to this matter, (Dkt. 14). Then, on October 23, 2024, in light of the notice of settlement as to Defendant Experian Information Solutions, Inc. (Dkt. 15), the sole remaining Defendant, the court dismissed this case without prejudice and directed the Clerk to terminate all deadlines and to close this case, (Dkt. 16). Plaintiff and Barclays have now filed a Stipulation of Voluntary Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) seeking to dismiss the case with prejudice, with each party to bear their own attorney fees and costs. (Joint Stipulation, Dkt. 18.)

- 2 -

Rule 41(a)(1)(A)(ii) permits a plaintiff to voluntarily "dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The Eleventh Circuit has affirmed the "obligation" of the federal courts "to 'give the Federal Rules of Civil Procedure their plain meaning.'" *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023) (quoting *Sargeant v. Hall*, 951 F.3d 1280, 1283 (11th Cir. 2020)). Here, the Joint Stipulation seeks to dismiss all of Plaintiff's claims against Defendants, and is signed by Plaintiff's and Barclay's counsel, the only parties who have appeared in this case. (Dkt. 18 at 1–2.) Accordingly, this case is **DISMISSED with prejudice**. The parties shall bear their own costs, attorney fees, and expenses. The case remains closed.

**ORDERED** in Orlando, Florida, on November 18, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record